# UNITED STATES DISTRICT COURT
## District of Minnesota

Fulgencio Salazar Bonilla,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi, Executive Office for Immigration Review, David Easterwood

Respondents

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-395 ECT/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Fulgencio B.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
2. Respondents shall release Petitioner from custody as soon as practicable, but not later than 48 hours after entry of this Order.

Date: 1/23/2026

KATE M. FOGARTY, CLERK